UNITED STATES BANKRUPTCY COURT
Western District of Illinois

IN RE:                                                                                  CHAPTER 13
MICHAEL J. MACDONALD
LINDA S. MACDONALD                                                   CASE NO. 07-71536

## NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:** JP Morgan Chase Bank NA          **Court claim #:** (if known) _____

**Last four digits** of any number used to identify the debtor's account: 8485

| *Final Cure Amount* | |
|---|---|
| Amount of Prepetition Arrears | $2,069.66 |
| Amount Paid by Trustee | $2,068.66 |

| *Monthly ongoing Mortgage Payment* | | |
|---|---|---|
| Mortgage is paid: | | |
| ☐ Thru the Chapter 13 Plan | ☒ | Direct by Debtor(s) |

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:  5/21/2012                               /s/Fiona Whelan_____
                                                           Fiona Whelan, Attorney for
                                                           Lydia S. Meyer, Trustee
                                                           308 W. State St., Suite 212
                                                           Rockford, IL  61101

Certificate of Service
    I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 21st Day of May, 2012.

Dated:  5/21/2012                               /s/Cynthia K. Burnard_____

JPMORGAN CHASE BANK, NA
MAIL CODE: OH4-7133
PO BOX 182349
COLUMBUS, OH 43218

WASHINGTON MUTUAL BANK, FA
7800 N. 113TH STREET, MS MWIB201
MILWAUKEE, WI  53224

CHASE RECORDS CENTER
ATTN: CORRESPONDENCE MAIL
MAIL CODE LA4-5555 700 KANSAS LANE
MONROE, LA 71203

FISHER AND SHAPIRO, LLC
2121 WAUKEGAN ROAD, SUITE 301
BANNOCKBURN, IL  60015

MICHAEL J. MACDONALD
LINDA S. MACDONALD
339 MAIN STREET
POPLAR GRIVE, IL  61065

LAW OFFICES OF HENRY REPAY
930 W. LOCUST STREET
BELVIDERE, IL  61008-4210